# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Investigative – Filed Under Seal |
| v. | Case No. 26-mj-80 DJF |
| JOSHUA DOYLE | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 21, 2026, in the State and District of Minnesota, the defendant, Joshua Doyle, did forcibly assault, resist, oppose, impede, or interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a United Stated Homeland Security Investigations Special Agent, who was engaged in, and on account of, the performance of official duties, and that the act(s) involved physical contact with the victim, all in violation of Title 18, 111(a)(1).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

*Complainant's signature*

Sworn to and signed before me,
by reliable electronic means (Facetime and email)
pursuant to Fed. R. Crim. P. 41(d)(3)

Richard Berger, Special Agent, HSI
*Printed name and title*

Date: 1-26-26

City and State: Minneapolis, MN

*Judge's Signature*
Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*