UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-80 DJF

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING GOVERNMENT'S PETITION TO SEAL DOCUMENTS |
| v. | ) ) | |
| JOSHUA DOYLE | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Government's Petition to Seal Documents in the above-captioned matter. Based on all the records, files, and proceedings before the Court, the Court being otherwise fully informed of the premises, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The Government's petition to seal documents is **GRANTED**;

2. All documents filed in the above-captioned matter, including the Complaint, Arrest Warrant, the Affidavit of Richard Berger in support thereof, and the Government's Petition to Seal, shall remain sealed until **March 27, 2026**, or a later date if so granted by a further Order of this Court.

Dated: 1-26-24

DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA