UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-mj-80 (KMM/EMB) |
| | ) | |
| v.        Plaintiff, | ) | |
| | ) | **MEET AND CONFER STATEMENT** |
| JOSHUA DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

On March 11, 2026, Assistant Federal Defender Aaron Morrison and Special Assistant United States Attorney John Arboleda conferred via telephone about Counsel's potential motions. SAUSA Arboleda understands the motions being filed and will respond to them in a separate filing.

Dated:   March 12, 2026.                    Respectfully submitted,

                                            *s/ Aaron J. Morrison*

                                            AARON J. MORRISON
                                            Attorney ID No. 0341241
                                            Attorney for Mr. Doyle
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415