UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-mj-80 (KMM/EMB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOSHUA DOYLE'S MOTION TO** |
| v. | ) | **DISMISS FOR DUPLICITY** |
| | ) | |
| JOSHUA DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 8(a), Joshua Doyle, moves this Court for a dismissal of the information for duplicity. The Government has not provided clarity on exactly what Count 1 of the information alleges Mr. Doyle did. The original felony complaint in this matter alleges two potential offense conducts that could fall under the Government's reading of the charged statute. The felony complaint alleged Mr. Doyle kicked the hand of an agent and then later during his arrest flailed his legs and used his knees to impede the officers. At the motion hearing the issue of these two distinct acts and the fact that the information is a single count was raised and the Government did not clarify what is charged in Count 1. For this reason, Mr. Doyle moves to dismiss the information for duplicity.

Federal Rule of Criminal Procedure 8(a) provides that the Government may charge two or more connected offenses, provided each is charged in a separate count. "Duplicity is the joining in a single count of two or more distinct and separate offenses." *United States v. Street,* 66 F.3d 969, 974 (8th Cir.1995) (internal quotations omitted). "The principal vice of a duplicitous indictment is that the jury may convict a defendant without unanimous

1

agreement on the defendant's guilt with respect to a particular offense." *United States v. Karam,* 37 F.3d 1280, 1286 (8th Cir.1994), *cert. denied,* 513 U.S. 1156 (1995).

The information in this case alleges a single count in violation of 18 U.S.C. § 111(a)(1). The felony complaint alleges two acts. The Government has provided no clarity. As a result, the information should be dismissed as duplicitous.


Dated:  April 6, 2026.                              Respectfully submitted,

                                                    *s/ Aaron J. Morrison*

                                                    _____

                                                    AARON J. MORRISON
                                                    Attorney ID No. 0341241
                                                    Attorney for Mr. Doyle
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415