UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-80 (KMM/EMB)

UNITED STATES OF AMERICA,

        Plaintiff,                **GOVERNMENT'S BILL OF PARTICULARS**

    v.

JOSHUA DOYLE,

        Defendant.

The United States of America submits a Bill of Particulars under Fed. R. Crim. Pro. 7(f):

1.    On January 26, 2026, a felony complaint was filed charging one count of forcibly assaulting, resisting, opposing, impeding, or interfering with a person designated in 18 U.S.C. § 1114, in violation of 18 U.S.C. § 111(a)(1). (ECF No. 1).

2.    On February 3, 2026, a misdemeanor Information was filed charging one count of forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with a person designated in 18 U.S.C. § 1114, in violation of 18 U.S.C. § 111(a)(1). (ECF No. 12).

3.    On April 3, 2026, Defendant Joshua Doyle appeared before Magistrate Judge Elsa M. Bullard for a motions hearing. (ECF No. 30). During

that hearing, the Court requested that the Government clarify on the record the nature of the allegation against the Defendant.

4.    Thereafter, Defendant filed a Motion to Dismiss for Duplicity, asserting that "the Government has not provided clarity on exactly what Count 1 of the Information alleges Mr. Doyle did." (ECF No. 32).

5.    Accordingly, the Government submits this Bill of Particulars.

6.    On or about January 21, 2026, agents and officers assigned to Homeland Security Investigations were conducting official law enforcement operations in the Minneapolis and Saint Paul area, located within the District of Minnesota.

7.    While performing these duties, federal law enforcement agents encountered the Defendant. The Defendant began taking photographs of the agents' vehicle. As a crowd formed, agents attempted to leave the area; however, the Defendant positioned himself in a manner to not allow the agents to depart.

8.    The agents were wearing body armor bearing visible law enforcement identifiers on the front and back. Due to the crowd and the Defendant's actions, one agent exited the vehicle. During this time, the agent dropped a cell phone. As the agent attempted to retrieve the phone, the Defendant kicked the agent, striking the agent's hand.

9.     Count One of the Information charges the Defendant under 18 U.S.C. § 111(a)(1) based on the Defendant's act of kicking a federal law enforcement officer while the officer was engaged in the performance of official duties.

Dated: April 13, 2026                  Respectfully submitted,

                                       Daniel D. Rosen
                                       United States Attorney

                                       *s/ Jessica A. Stark*
                                       BY: Jessica A. Stark
                                       Attorney No.: 105544SC
                                       Special Assistant U.S. Attorney
                                       District of Minnesota
                                       Email: Jessica.Stark@usdoj.gov
                                       Phone: 202.230.4091