UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-80 (KMM/EMB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA DOYLE,

Defendant.

**ORDER TO DISMISS**

This matter is before the Court on the Government's Motion to Dismiss in the above-referenced matter.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the government's motion is granted and this case is dismissed with prejudice.

November 25, 2026
Dated

*s/Katherine M. Menendez*
Kate M. Menendez
United States District Judge